No. 93–690.  PICKENS ET AL. *v.* LOCKHEED CORP. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 93–692.  LINDQUIST *v.* GOLDSCHNEIDER ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 93–694.  PISCIOTTA ET UX. *v.* SMITH BARNEY SHEARSON. Ct. App. D. C.  Certiorari denied.

No. 93–698.  ADAMS *v.* FEDERAL AVIATION ADMINISTRATION. C. A. 9th Cir.  Certiorari denied.

No. 93–699.  KREISNER *v.* CITY OF SAN DIEGO.  C. A. 9th Cir. Certiorari denied.

No. 93–702.  VILLAR, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF VILLAR, DECEASED, ET AL. *v.* CROWLEY MARITIME CORP. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 93–709.  G. I. TRUCKING CO. *v.* INSURANCE COMPANY OF NORTH AMERICA.  C. A. 9th Cir.  Certiorari denied.

No. 93–710.  TALLEY *v.* FLATHEAD VALLEY COMMUNITY COLLEGE ET AL.  Sup. Ct. Mont.  Certiorari denied.

No. 93–711.  DELUCA, AN INFANT, BY HER GUARDIAN AD LITEM, DELUCA, ET AL. *v.* MERRELL DOW PHARMACEUTICALS, INC., ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 93–718.  OLON ET UX. *v.* PENNSYLVANIA DEPARTMENT OF CORRECTIONS ET AL.  Sup. Ct. Pa.  Certiorari denied.

No. 93–722.  DETREX CORP. *v.* AMCAST INDUSTRIAL CORP. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 93–724.  KELLY, MAYOR OF THE DISTRICT OF COLUMBIA, ET AL. *v.* LASHAWN A., BY HER NEXT FRIEND, MOORE, ET AL. C. A. D. C. Cir.  Certiorari denied.